IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

CARLA PALMER, as Administrator of
The Estate of, JOANN V. BERGER

      Plaintiff

Vs.                                                                                          Case No.: CAL17-20362

ROSENBERG & ASSOCIATES, LLC., et.al.

      Defendant

## MEMORANDUM AND ORDER OF COURT

      The court notes that the plaintiff is self-represented. The plaintiff has the right to proceed as self-represented litigant. The court would, however, strongly advise that the plaintiff seek the services of an attorney. The Maryland Rules of Procedure and Maryland Rules of Evidence are applicable to all litigants whether they are attorneys or not. These rules can be difficult and hard to understand. If the plaintiff has difficulty in finding an attorney, they may contact the Prince George's Bar Association-Lawyer Referral Service at 301-952-1442 or visit the Self Represented Litigants Room located on the second floor of the courthouse, Room M2435.

      Likewise, the court notes that there is no service of the bill of complaint on the defendants. Service of the original papers on the defendant is the formal method of notifying the defendant that a suit has been filed against them. Service satisfies the initial due process requirements of the United States Constitution and the Maryland Declaration of Rights. Service of these original papers must be accomplished by a person other than the plaintiff giving the defendant the original papers or by other means, *see Md. Rules 2-121, 2-122 and 2-123*. A certificate of service which we call the return must be filed with the clerk, see *Md. Rule 2-126.*

      **THEREFORE**, it is this 7th day of September, 2017 by the Circuit Court for Prince George's County, Maryland **ORDERED**, that a **STATUS HEARING** be set on October 27, 2017 at 9:00am before Judge Green.

_____
Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by Court to:

Carla Boney Palmer
707 Larchmont Ave.
Capitol Heights, Maryland 20743

Jasmine Boyd, Civil Paralegal to the
Honorable Leo E. Green, Jr.
Date: 9/7/17

True Copy Test
Sydney J. Harrison, Clerk

ENTERED 9/26/17